UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Case No.: 11-62077
                                                            Chapter 13
    Robert G. Douglas and                        Hon.: Phillip J. Shefferly
    Donna Marie Morgan-Douglas,

                        Debtors
_____/

### CERTIFICATE OF SERVICE

       Lori Meadows states and certifies that on August 23, 2011, she did serve a copy of the following documents: Notice of Appearance and Request and Demand for Service of Papers and this Certificate of Service upon the following:

| | |
|---|---|
| John Robert Keyes, Esq. | David Wm Ruskin, Trustee |
| 300 North Huron Street | 26555 Evergreen Rd., Ste. 1100 |
| Ypsilanti, Michigan 48197 | Southfield, Michigan 48076 |

by electronically serving the aforementioned documents using the ECF system.

                                                                   /s/ Lori Meadows
                                                                   Lori Meadows, Secretary
                                                                   Shaheen, Jacobs & Ross, P.C.
                                                                   1425 Ford Building, 615 Griswold St.
                                                                   Detroit, Michigan 48226
                                                                   (313) 963-1301
                                                                   lmeadows@sjrlaw.com

F:\DOCUMENT\TCF\BANKRUPTCY\Douglas, Robert\BK filed 08-16-11\Appearance - COS.doc

SHAHEEN, JACOBS & ROSS, P.C. · 1425 FORD BUILDING · 615 GRISWOLD STREET · DETROIT, MICHIGAN 48226-3993