## United States Bankruptcy Court
### Eastern District of Michigan

In re **Robert G Douglas**
**Donna Marie Morgan-Douglas**
Debtor(s)

Case No. **11-62077**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **September 16, 2011**, a copy of **B9I** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Iron Workers Local 25 Credit Union**
**Iron Wrkrs Local No. 25 PensionFund**

**/s/ John Robert Keyes**
**John Robert Keyes P68856**
**Robert Keyes Law, PLLC**
**300 North Huron Street**
**Ypsilanti, MI 48197**
**(734) 662-1590 Fax:(734) 786-0707**
**robert@robertkeyeslaw.com**